UNITED STATES TRUST COMPANY OF NEW YORK, Respondent, *v.* HELEN V. Z. ANTHONY et al., Appellants.

Submitted January 10, 1944; decided January 20, 1944.

*Eli J. Blair* for motion.
*M'Cready Sykes* opposed.
Motion denied, without costs.   (See 292 N. Y. 513, 514.)